| | |
|---|---|
| **From:** | NYSD_ECF_Pool@nysd.uscourts.gov |
| **To:** | NYSD CourtMail |
| **Subject:** | Activity in Case 1:25-cv-02429-MKV American Association of University Professors et al v. United States Department of Justice et al Appeal Record Sent to USCA - Electronic File |
| **Date:** | Tuesday, June 17, 2025 9:31:47 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 6/17/2025 at 9:31 AM EDT and filed on 6/17/2025

| | |
|---|---|
| **Case Name:** | American Association of University Professors et al v. United States Department of Justice et al |
| **Case Number:** | 1:25-cv-02429-MKV |
| **Filer:** | |

**WARNING: CASE CLOSED on 06/16/2025**

| | |
|---|---|
| **Document Number:** | No document attached |

**Docket Text:**
**Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for [149] Notice of Appeal, filed by American Federation of Teachers, American Association of University Professors were transmitted to the U.S. Court of Appeals..(nd)**

**1:25-cv-02429-MKV Notice has been electronically mailed to:**

Gregory A. Clarick     gclarick@cgr-law.com, paralegals@cgr-law.com

Matthew D. Brinckerhoff     mbrinckerhoff@ecbawm.com, docketing@ecbawm.com, ijohnson@ecbawm.com

Maria Couri LaHood     mlahood@ccrjustice.org, ihead@ccrjustice.org

Ronald Gary London     ronnie.london@thefire.org, docket@thefire.org

Eve H. Cervantez     ecervantez@altber.com, jcommodore@altber.com

Joseph Lee Sorkin    jsorkin@akingump.com, AGSearch-Lit@akingump.com, docketingautonotify@akingump.com, nymco@akingump.com

Rachel Elizabeth Goodman    rachel.goodman@protectdemocracy.org

Allison Rovner    Allison.Rovner@usdoj.gov, CaseView.ECF@usdoj.gov, USANYS.ECF@USDOJ.GOV

Rodkangyil Orion Danjuma    orion.danjuma@protectdemocracy.org, molly.golski@protectdemocracy.org

Sara Luz Estela    sestela@ecbawm.com, docketing@ecbawm.com, jschneebaum@ecbawm.com

Caitlin Kekacs    ckekacs@bredhoff.com, dhayes@bredhoff.com, hpvonthielen@bredhoff.com, mallen@bredhoff.com

Connie Chan    cchan@altshulerberzon.com, jibanez@altshulerberzon.com

Stacey Leyton    sleyton@altshulerberzon.com, dmedina@altber.com

Jonathan Rosenthal    jrosenthal@altshulerberzon.com

Matthew John Murray    mmurray@altshulerberzon.com, apena@altshulerberzon.com

Juhyung Harold Lee    hlee@altber.com

Janine Marie Lopez    janine.lopez@protectdemocracy.org

Swapnil Agrawal    sagrawal@bredhoff.com

Catherine Chen    catherine.chen@protectdemocracy.org

Radhika Sainath    radhika@palestinelegal.org, lelaqad@palestinelegal.org

Sabiya Ahamed    sabiya.ahamed@gmail.com, lelaqad@palestinelegal.org

Dylan Saba    dsaba@palestinelegal.org

Richard Primus    raprimus@gmail.com

**1:25-cv-02429-MKV Notice has been delivered by other means to:**

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−02429−MKV

American Association of University Professors et al v. United States Department of Justice et al
Assigned to: Judge Mary Kay Vyskocil
Cause: 05:551 Administrative Procedure Act

Date Filed: 03/25/2025
Date Terminated: 06/16/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

## Plaintiff

**American Association of University Professors**

represented by **Catherine Chen**
Protect Democracy
2020 Pennsylvania Ave. NW
Suite # 163
Washington, DC 20006
202−769−3176
Email: catherine.chen@protectdemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janine Marie Lopez**
Protect Democracy Project
2020 Pennsylvania Ave. NW
Suite 163
Washington, DC 20006
202−870−2798
Email: janine.lopez@protectdemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Goodman**
Protect Democracy
90 Broad Street
Ste 10th Floor
New York, NY 10004
202−997−0599
Email: rachel.goodman@protectdemocracy.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Primus**
Richard Primus
1532 Sheridan Drive
Ann Arbor, MI 48104
734−369−4817
Email: raprimus@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connie Chan**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415−421−7151
Fax: 415−362−8064
Email: cchan@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Eve H. Cervantez**
Altshuler Berzon, L.L.P.
177 Post Street
Suite 300
San Francisco, CA 94108
(415) 421–7151
Fax: (415) 362–8064
Email: ecervantez@altber.com
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenthal**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415–421–7151
Email: jrosenthal@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Juhyung Harold Lee**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415–421–7151
Email: hlee@altber.com
*ATTORNEY TO BE NOTICED*

**Matthew John Murray**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415–421–7151
Fax: 415–362–8064
Email: mmurray@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Stacey Leyton**
Altshuler Berzon LLP
177 Post St.
Ste. 300
San Francisco, CA 94108
415–421–7151
Fax: 415–362–8064
Email: sleyton@altshulerberzon.com
*ATTORNEY TO BE NOTICED*

**Rodkangyil Orion Danjuma**
Protect Democracy
82 Nassau Street
Ste #601
New York, NY 10038
202–579–4582
Email: orion.danjuma@protectdemocracy.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**American Federation of Teachers**          represented by **Catherine Chen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janine Marie Lopez**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel Elizabeth Goodman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Primus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connie Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eve H. Cervantez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Rosenthal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juhyung Harold Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew John Murray**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stacey Leyton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rodkangyil Orion Danjuma**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Justice**          represented by   **Allison Rovner**
United States Attorney's Office SDNY
86 Chambers St.
New York, NY 10007
(212)–637–2691
Fax: (212)–637–2750
Email: Allison.Rovner@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pamela Bondi**                                   represented by   **Allison Rovner**
*in her official capacity as the U.S.*                             (See above for address)
*Attorney General*                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Leo Terrell**                                    represented by   **Allison Rovner**
*in his official capacity as Senior Counsel*                       (See above for address)

*to the Assistant Attorney General for*
*Civil Rights and head of the DOJ Task*
*Force to Combat Anti−Semitism*

*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Education**

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Linda McMahon**
*in her official capacity as the U.S. Secretary of Education*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas E. Wheeler**
*in his official capacity as Acting General Counsel of the U.S. Department of Education*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Health And Human Services**

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert F. Kennedy, Jr.**
*in his official capacity as the U.S. Secretary of Health and Human Services*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sean R. Keveney**
*in his official capacity as Acting General Counsel of the U.S. Department of Health and Human Services*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institutes of Health**

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew J. Memoli**
*in his official capacity as the Acting Director of the National Institutes of Health*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States General Services Administration**

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephen Ehikian**
*in his official capacity as Acting Administrator of the U.S. General Services Administration*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Josh Gruenbaum**
*in his official capacity as Commissioner
of the Federal Acquisition Service*

represented by **Allison Rovner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Counsel for The Trustees of Columbia
University in the City of New York**

represented by **Joseph Lee Sorkin**
Akin Gump Strauss Hauer & Feld LLP
(NYC)
One Bryant Park
New York, NY 10036
(212) 872–1000
Fax: (212) 872–1002
Email: jsorkin@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Amicus**

**Foundation for Individual Rights and
Expression**

represented by **Ronald Gary London**
Foundation for Individual Rights and
Expression
General Counsel
700 Pennsylvania Avenue, SE
Suite 340
Washington, DC 20003
215–717–3473
Email: ronnie.london@thefire.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**International Union, United
Automobile, Aerospace and
Agricultural Implement Workers of
America (UAW)**

represented by **Caitlin Kekacs**
Bredhoff & Kaiser PLLC
805 15th Street NW, Suite 1000
Washington, DC 20005
202–842–2600
Email: ckekacs@bredhoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Swapnil Agrawal**
1346 Park Road NW, 1F
Washington, DC 20010
404–513–6310
Email: sagrawal@bredhoff.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Constitutional Governance**

represented by **Gregory A. Clarick**
Clarick Gueron Reisbaum LLP
41 Madison Avenue
23rd Floor
New York, NY 10010
212–633–4310
Email: gclarick@cgr–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Kate Andrias**

represented by

**Gregory A. Clarick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Jessica Bulman–Pozen**                    represented by    **Gregory A. Clarick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Olatunde Johnson**                        represented by    **Gregory A. Clarick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Law Professors and First Amendment**      represented by    **Matthew D. Brinckerhoff**
**Scholars**                                                  Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
1 Rockefeller Plaza
Ste 8th Floor
New York, NY 10020
212–763–5000
Fax: 212–763–5001
Email: mbrinckerhoff@ecbawm.com
*ATTORNEY TO BE NOTICED*

**Sara Luz Estela**
Emery Celli Brinckerhoff Abady Ward &
Maazel LLP
One Rockefeller Plaza
8th Floor
New York, NY 10020
212–763–5000
Fax: 212–763–5001
Email: sestela@ecbawm.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Palestine Legal**                         represented by    **Radhika Sainath**
Palestine Legal
55 Exchange Place
Suite No. 402
New York, NY 10005
312–964–2667
Email: radhika@palestinelegal.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dylan Saba**
Palestine Legal
55 Exchange Place
Suite 402
New York City, NY 10005
312–964–2667
Email: dsaba@palestinelegal.org
*ATTORNEY TO BE NOTICED*

**Maria Couri LaHood**
Center for Constitutional Rights

666 Broadway
7th Floor
New York, NY 10012
(212)–614–6430
Fax: (212)–614–6499
Email: mlahood@ccrjustice.org
*ATTORNEY TO BE NOTICED*

**Sabiya Ahamed**
55 Exchange Place
Suite No. 402
New York, NY 10005
312–964–2667
Email: sabiya.ahamed@gmail.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Center for Constitutional Rights**       represented by  **Maria Couri LaHood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2025 | 1 | COMPLAINT against Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler. (Filing Fee $ 405.00.)Document filed by American Federation of Teachers, American Association of University Professors..(Danjuma, Rodkangyil) (Entered: 03/25/2025) |
| 03/25/2025 | 2 | CIVIL COVER SHEET filed..(Danjuma, Rodkangyil) (Entered: 03/25/2025) |
| 03/25/2025 | 3 | **FILING ERROR – DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS** REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Justice; Pamela Bondi; Leo Terrell; United States Department of Health and Human Services; Robert F. Kennedy, Jr.; Sean Keveney; National Institutes of Health; Matthew J. Memoli; United States Department of Education; Linda McMahon; Thomas E. Wheeler; Craig Trainor; United States General Services Administration; Stephen Ehikian; Josh Gruenbaum; United States Attorney's Office Southern District of New York, re: 1 Complaint. Document filed by American Association of University Professors, American Federation of Teachers. (Danjuma, Rodkangyil) Modified on 3/26/2025 (sj). (Entered: 03/25/2025) |
| 03/25/2025 | 4 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by American Association of University Professors..(Danjuma, Rodkangyil) (Entered: 03/25/2025) |
| 03/25/2025 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 03/25/2025) |
| 03/26/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Rodkangyil Orion Danjuma. The party information for the following party/parties has been modified: Pamela Bondi; Leo Terrell; Linda McMahon; Thomas E. Wheeler; Robert F. Kennedy, Jr.; Sean R. Keveney; Matthew J. Memoli; Stephen Ehikian; Josh Gruenbaum. The information for the party/parties has been modified for the following reason/reasons: party text was omitted. (sj)** (Entered: 03/26/2025) |
| 03/26/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Mary Kay Vyskocil. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for |

| | | |
|---|---|---|
| | | providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 03/26/2025) |
| 03/26/2025 | | Magistrate Judge Gary Stein is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 03/26/2025) |
| 03/26/2025 | | Case Designated ECF. (sj) (Entered: 03/26/2025) |
| 03/26/2025 | 6 | **FILING ERROR – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Justice; Pamela Bondi; Leo Terrell; United States Department of Health and Human Services; Robert F. Kennedy, Jr.; Sean Keveney; National Institutes of Health; Matthew J. Memoli; United States Department of Education; Linda McMahon; Thomas E. Wheeler; United States General Services Administration; Stephen Ehikian; Josh Gruenbaum; United States Attorney's Office Southern District of New York, re: 1 Complaint,,. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) Modified on 3/27/2025 (jgo). (Entered: 03/26/2025) |
| 03/26/2025 | 7 | NOTICE OF APPEARANCE by Rachel Elizabeth Goodman on behalf of American Association of University Professors, American Federation of Teachers..(Goodman, Rachel) (Entered: 03/26/2025) |
| 03/27/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Rodkangyil Orion Danjuma to RE–FILE Document No. 6 Request for Issuance of Summons,,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; party name listed on the ECF docket text and the attached rider must match exactly as it appears on the pleading caption Sean Keveney); remove 'et al' from party name listed on rider (United States Department of Justice). Re–file the document using the event type Request for Issuance of Summons found under the event list Service of Process – select the correct filer/filers – and attach the correct summons form PDF. (jgo)** (Entered: 03/27/2025) |
| 03/27/2025 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Justice; Pamela Bondi; Leo Terrell; United States Department of Health and Human Services; Robert F. Kennedy, Jr.; Sean R. Keveney; National Institutes of Health; Matthew J. Memoli; United States Department of Education; Linda McMahon; Thomas E. Wheeler; United States General Services Administration; Stephen Ehikian; Josh Gruenbaum; United States Attorney's Office Southern District of New York, re: 1 Complaint,,. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 03/27/2025) |
| 03/28/2025 | 9 | ELECTRONIC SUMMONS ISSUED as to Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler..(jgo) (Entered: 03/28/2025) |
| 03/28/2025 | 10 | MOTION for Jonathan Rosenthal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845455. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit Affidavit of Jonathan Rosenthal, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion for Admission of Pro Hac Vice).(Rosenthal, Jonathan) (Entered: 03/28/2025) |
| 03/28/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 10 MOTION for Jonathan Rosenthal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30845455. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are** |

| | | |
|---|---|---|
| | | **no deficiencies. (bc)** (Entered: 03/28/2025) |
| 03/28/2025 | 11 | MOTION for Matthew J. Murray to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846760. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Matthew J. Murray, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion for Admission of Pro Hac Vice).(Murray, Matthew) (Entered: 03/28/2025) |
| 03/28/2025 | 12 | MOTION for Eve H. Cervantez to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846849. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Eve H. Cervantez, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order Granting Motion for Admission of Pro Hac Vice).(Cervantez, Eve) (Entered: 03/28/2025) |
| 03/28/2025 | 13 | MOTION for Juhyung Harold Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846940. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Juhyung Harold Lee, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Lee, Juhyung) (Entered: 03/28/2025) |
| 03/28/2025 | 14 | MOTION for Stacey M. Leyton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30847018. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Stacey M. Leyton, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Leyton, Stacey) (Entered: 03/28/2025) |
| 03/31/2025 | 15 | ORDER granting 10 Motion for Jonathan Rosenthal to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 03/31/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Matthew J. Murray to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846760. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Eve H. Cervantez to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846849. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Juhyung Harold Lee to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30846940. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Stacey M. Leyton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30847018. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 03/31/2025) |
| 03/31/2025 | 16 | CERTIFICATE OF SERVICE. All Defendants. Service was made by Mail. Document filed by American Federation of Teachers, American Association of University Professors..(Rosenthal, Jonathan) (Entered: 03/31/2025) |
| 04/01/2025 | 17 | ORDER granting 11 Motion for Matthew J Murray to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/01/2025) |

| 04/01/2025 | 18 | ORDER granting 12 Motion for Eve H. Cervantez to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/01/2025) |
|---|---|---|
| 04/01/2025 | 19 | ORDER granting 13 Motion for Juhyung Harold Lee to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/01/2025) |
| 04/01/2025 | 20 | ORDER granting 14 Motion for Stacey M. Leyton to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/01/2025) |
| 04/02/2025 | 21 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 2, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/02/2025) |
| 04/02/2025 | 22 | CERTIFICATE OF SERVICE of Letter Motion for Extension of Pages served on All Defendants on April 2, 2025. Service was accepted by Jeffrey Oestericher, Chief of the Civil Division for the United States Attorneys Office for the Southern District of New York. Document filed by American Association of University Professors, American Federation of Teachers..(Goodman, Rachel) (Entered: 04/02/2025) |
| 04/03/2025 | 23 | ORDER granting in part and denying in part 21 Letter Motion for Leave to File Excess Pages. GRANTED IN PART AND DENIED IN PART. Plaintiffs are granted leave to file a memorandum of law not to exceed 30 pages. Plaintiffs request an enlargement partly to "describe extensive factual evidence demonstrating the harms that Defendants' actions have caused." Plaintiffs are reminded that "factual evidence" belongs in an affidavit or another admissible form, not a memorandum of law in support of their motion. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 4/3/2025) (tg) (Entered: 04/03/2025) |
| 04/03/2025 | 24 | MOTION for Preliminary Injunction . Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 25 | PROPOSED ORDER. Document filed by American Association of University Professors, American Federation of Teachers. Related Document Number: 24 ..(Danjuma, Rodkangyil) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/03/2025) |
| 04/03/2025 | 26 | MEMORANDUM OF LAW in Support re: 24 MOTION for Preliminary Injunction . . Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 27 | DECLARATION of Todd Wolfson in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 28 | DECLARATION of Julie Schmid in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 29 | DECLARATION of Reinhold Martin in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A).(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 30 | DECLARATION of Susan Witte in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 31 | DECLARATION of Victoria Frye in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 32 | DECLARATION of Jennifer S. Hirsch in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/03/2025 | 33 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 3, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 34 | ***SELECTED PARTIES***DECLARATION of Witness A in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 35 | ***SELECTED PARTIES***DECLARATION of Witness B in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 36 | ***SELECTED PARTIES***DECLARATION of Witness C in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 37 | ***SELECTED PARTIES***DECLARATION of Witness D in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 38 | DECLARATION of Witness D in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 39 | ***SELECTED PARTIES***DECLARATION of Witness E in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 40 | ***SELECTED PARTIES***DECLARATION of Witness F in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 41 | ***SELECTED PARTIES***DECLARATION of Witness G in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 42 | ***SELECTED PARTIES***DECLARATION of Witness H in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 43 | ***SELECTED PARTIES***DECLARATION of Witness I in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 33 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 44 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 3, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 45 | ***EX–PARTE***DECLARATION of Veena Dubal in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 44 .(Danjuma, Rodkangyil) (Entered: 04/03/2025) |
| 04/03/2025 | 46 | CERTIFICATE OF SERVICE. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/03/2025) |

| | | |
|---|---|---|
| 04/04/2025 | 47 | DECLARATION of Jonathan Rosenthal in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 48 | DECLARATION of Jonathan Rosenthal (additional exhibits) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit 15, # 6 Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 49 | DECLARATION of Jonathan Rosenthal (additional exhibits) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 21, # 2 Exhibit 22, # 3 Exhibit 23, # 4 Exhibit 24, # 5 Exhibit 25, # 6 Exhibit 26, # 7 Exhibit 27, # 8 Exhibit 28, # 9 Exhibit 29, # 10 Exhibit 30).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 50 | DECLARATION of Jonathan Rosenthal (additional exhibits) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 31, # 2 Exhibit 32, # 3 Exhibit 33, # 4 Exhibit 34, # 5 Exhibit 35, # 6 Exhibit 36, # 7 Exhibit 37, # 8 Exhibit 38, # 9 Exhibit 39, # 10 Exhibit 40).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 51 | DECLARATION of Jonathan Rosenthal (additional exhibits) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 52 | DECLARATION of Jonathan Rosenthal (additional exhibits) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 51, # 2 Exhibit 52, # 3 Exhibit 53, # 4 Exhibit 54, # 5 Exhibit 55, # 6 Exhibit 56, # 7 Exhibit 57, # 8 Exhibit 58, # 9 Exhibit 59, # 10 Exhibit 60, # 11 Exhibit 61).(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | 53 | CERTIFICATE OF SERVICE served on U.S. Department of Justice, et al. on 4/3/25. Document filed by American Association of University Professors, American Federation of Teachers..(Rosenthal, Jonathan) (Entered: 04/04/2025) |
| 04/04/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 25 Proposed Order, was reviewed and approved as to form. (tp) (Entered: 04/04/2025) |
| 04/07/2025 | 54 | CERTIFICATE OF SERVICE. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 04/07/2025) |
| 04/08/2025 | 55 | NOTICE OF APPEARANCE by Allison Rovner on behalf of Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler..(Rovner, Allison) (Entered: 04/08/2025) |
| 04/08/2025 | 56 | LETTER MOTION for Extension of Time *to respond to Plaintiffs' motion for a preliminary injunction and for additional pages* addressed to Judge Mary Kay Vyskocil from AUSA Allison Rovner dated April 8, 2025. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler..(Rovner, Allison) (Entered: 04/08/2025) |

| | | |
|---|---|---|
| 04/08/2025 | 57 | ORDER granting 56 Letter Motion for Extension of Time. Defendants' request for an extension of time is GRANTED in light of the upcoming Passover and Holy Week/Easter holidays. Defendants' request, on consent, for additional pages is also GRANTED. (Signed by Judge Mary Kay Vyskocil on 4/8/2025) (tg) (Entered: 04/08/2025) |
| 04/08/2025 | | Set/Reset Deadlines: Responses due by 5/1/2025 (tg) (Entered: 04/08/2025) |
| 04/08/2025 | 58 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 8, 2025. Document filed by Counsel for The Trustees of Columbia University in the City of New York..(Sorkin, Joseph) (Entered: 04/08/2025) |
| 04/08/2025 | 59 | ***EX–PARTE***LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 8, 2025 re: 44 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 3, 2025. . Document filed by Counsel for The Trustees of Columbia University in the City of New York. (Attachments: # 1 Exhibit Declaration of General Counsel)Motion or Order to File Under Seal: 58 .(Sorkin, Joseph) (Entered: 04/08/2025) |
| 04/09/2025 | 60 | LETTER addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 9, 2025 re: Letter Motion to Seal ECF No. 58. Document filed by Counsel for The Trustees of Columbia University in the City of New York..(Sorkin, Joseph) (Entered: 04/09/2025) |
| 04/10/2025 | 61 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Eve H. Cervantez dated April 10, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Cervantez, Eve) (Entered: 04/10/2025) |
| 04/10/2025 | 62 | ***EX–PARTE***LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Eve H. Cervantez dated April 10, 2025 re: 58 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 8, 2025. . Document filed by American Association of University Professors, American Federation of Teachers. Motion or Order to File Under Seal: 61 .(Cervantez, Eve) (Entered: 04/10/2025) |
| 04/10/2025 | 63 | LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Eve H. Cervantez dated April 10, 2025 re: 58 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 8, 2025. . Document filed by American Association of University Professors, American Federation of Teachers..(Cervantez, Eve) (Entered: 04/10/2025) |
| 04/10/2025 | 64 | CERTIFICATE OF SERVICE of Unredacted Reply Brief ECF 62 served on The Trustees of Columbia University in the City of New York on April 10, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Cervantez, Eve) (Entered: 04/10/2025) |
| 04/11/2025 | 65 | LETTER MOTION to Expedite *Based on New Developments* addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 11, 2025. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A).(Danjuma, Rodkangyil) (Entered: 04/11/2025) |
| 04/11/2025 | 66 | ORDER denying 65 Letter Motion to Expedite. Plaintiffs' request for reconsideration of the briefing schedule is DENIED. The Court will promptly schedule a hearing on Plaintiffs' motion for a preliminary injunction if the motion is not "amenable to complete resolution on [the] paper record." St. Josephs Hosp. Health Ctr. v. American Anesthesiology of Syracuse, P.C., 131 F.4th 102, 108 (2d Cir. 2025). (Signed by Judge Mary Kay Vyskocil on 4/11/2025) (tg) (Entered: 04/11/2025) |
| 04/21/2025 | 67 | **FILING ERROR – PDF ERROR –** MOTION for Connie K. Chan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30962545. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Connie K. Chan, # 2 Exhibit California Certificate of Good Standing, # 3 Exhibit New York Certificate of Good Standing, # 4 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Chan, Connie) Modified on 4/22/2025 (bc). (Entered: 04/21/2025) |

| 04/22/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 67 MOTION for Connie K. Chan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30962545. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/22/2025) |
|---|---|---|
| 04/22/2025 | 68 | MOTION for Connie K. Chan to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Connie K. Chan, # 2 Exhibit California Certificate of Good Standing, # 3 Exhibit New York Certificate of Good Standing, # 4 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Chan, Connie) (Entered: 04/22/2025) |
| 04/23/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 68 MOTION for Connie K. Chan to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/23/2025) |
| 04/23/2025 | 69 | ORDER granting 68 Motion for Connie K. Chan to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/23/2025) |
| 04/23/2025 | 70 | LETTER MOTION to File Amicus Brief addressed to Judge Mary Kay Vyskocil from Ronald G. London dated April 23, 2025. Document filed by Foundation for Individual Rights and Expression. (Attachments: # 1 Exhibit Brief of Amicus Curiae Foundation for Individual Rights and Expression in Support of Plaintiffs).(London, Ronald) (Entered: 04/23/2025) |
| 04/24/2025 | 71 | NOTICE OF APPEARANCE by Caitlin Kekacs on behalf of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)..(Kekacs, Caitlin) (Entered: 04/24/2025) |
| 04/24/2025 | 72 | MOTION to File Amicus Brief . Document filed by Center for Constitutional Governance, Kate Andrias, Jessica Bulman–Pozen, Olatunde Johnson..(Clarick, Gregory) (Entered: 04/24/2025) |
| 04/24/2025 | 73 | MEMORANDUM OF LAW in Support re: 72 MOTION to File Amicus Brief . . Document filed by Kate Andrias, Jessica Bulman–Pozen, Center for Constitutional Governance, Olatunde Johnson..(Clarick, Gregory) (Entered: 04/24/2025) |
| 04/24/2025 | 74 | DECLARATION of Gregory A. Clarick in Support re: 72 MOTION to File Amicus Brief .. Document filed by Kate Andrias, Jessica Bulman–Pozen, Center for Constitutional Governance, Olatunde Johnson. (Attachments: # 1 Exhibit A – Proposed amicus curiae Brief, # 2 Exhibit B – Proposed Order).(Clarick, Gregory) (Entered: 04/24/2025) |
| 04/24/2025 | 75 | MOTION for Swapnil Agrawal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983007. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW). (Attachments: # 1 Affidavit in Support of Motion, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Motion).(Agrawal, Swapnil) (Entered: 04/24/2025) |
| 04/24/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 75 MOTION for Swapnil Agrawal to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983007. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/24/2025) |
| 04/24/2025 | 76 | MOTION for Janine Lopez to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983557. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Janine Lopez, # 2 Exhibit Massachusetts Certificate of Good Standing, # 3 Exhibit Florida |

| | | |
|---|---|---|
| | | Certificate of Good Standing, # 4 Exhibit D.C. Certificate of Good Standing, # 5 Proposed Order Granting Motion for Admission Pro Hac Vice).(Lopez, Janine) (Entered: 04/24/2025) |
| 04/24/2025 | 77 | MOTION for Catherine Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983729. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Catherine Chen, # 2 Exhibit D.C. Certificate of Good Standing, # 3 Proposed Order Granting Pro Hac Vice).(Chen, Catherine) (Entered: 04/24/2025) |
| 04/24/2025 | 78 | MOTION to File Amicus Brief . Document filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW). (Attachments: # 1 Exhibit A – Amicus Brief).(Kekacs, Caitlin) (Entered: 04/24/2025) |
| 04/24/2025 | 79 | MEMORANDUM OF LAW in Support re: 78 MOTION to File Amicus Brief . . Document filed by International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW). (Attachments: # 1 Proposed Order Granting Motion to File Amicus Brief).(Kekacs, Caitlin) (Entered: 04/24/2025) |
| 04/24/2025 | 80 | NOTICE OF APPEARANCE by Matthew D. Brinckerhoff on behalf of Law Professors and First Amendment Scholars..(Brinckerhoff, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 81 | NOTICE OF APPEARANCE by Sara Luz Estela on behalf of Law Professors and First Amendment Scholars..(Estela, Sara) (Entered: 04/24/2025) |
| 04/24/2025 | 82 | LETTER MOTION to File Amicus Brief addressed to Judge Mary Kay Vyskocil from Matthew D. Brinckerhoff and Sara Luz Estela dated April 24, 2025. Document filed by Law Professors and First Amendment Scholars. (Attachments: # 1 Exhibit A – Proposed Brief of Amici Curiae, # 2 Exhibit B – Appendix A).(Brinckerhoff, Matthew) (Entered: 04/24/2025) |
| 04/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 76 MOTION for Janine Lopez to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983557. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/25/2025) |
| 04/25/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 77 MOTION for Catherine Chen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30983729. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/25/2025) |
| 04/28/2025 | 83 | ORDER granting 75 Motion for Swapnil Agrawal to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/28/2025) |
| 04/28/2025 | 84 | ORDER granting 76 Motion for Janine Lopez to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/28/2025) |
| 04/28/2025 | 85 | ORDER granting 77 Motion for Catherine Chen to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 04/28/2025) |
| 04/29/2025 | 86 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Radhika Sainath to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31004922. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Legal. (Attachments: # 1 Affidavit of Radhika Sainath, # 2 Exhibit NY Certficate of Good Standing, # 3 Exhibit CA Certificate of Standing, # 4 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Sainath, Radhika) Modified on 4/30/2025 (rju). (Entered: 04/29/2025) |
| 04/29/2025 | 87 | CONSENT MOTION to File Amicus Brief . Document filed by Palestine Legal, Center for Constitutional Rights. (Attachments: # 1 Affidavit LaHood Declaration, # 2 Exhibit Proposed Amicus Brief, # 3 Proposed Order Granting Unopposed Motion to |

| | | |
|---|---|---|
| | | File).(LaHood, Maria) (Entered: 04/29/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 86 MOTION for Radhika Sainath to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31004922. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 04/30/2025) |
| 04/30/2025 | 88 | MOTION for Sabiya Shelly Ahamed to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–31009234. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Legal. (Attachments: # 1 Affidavit of Sabiya Ahamed, # 2 Exhibit – NY Certificate of Good Standing, # 3 Exhibit – DC Certificate of Good Standing, # 4 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Ahamed, Sabiya) (Entered: 04/30/2025) |
| 04/30/2025 | 89 | MOTION for Dylan Saba to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31009395. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Legal. (Attachments: # 1 Affidavit of Dylan Saba, # 2 Exhibit – NY Certificate of Good Standing, # 3 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Saba, Dylan) (Entered: 04/30/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 88 MOTION for Sabiya Shelly Ahamed to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number BNYSDC–31009234. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/30/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 89 MOTION for Dylan Saba to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31009395. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/30/2025) |
| 05/01/2025 | 90 | MOTION for Radhika Sainath to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Palestine Legal. (Attachments: # 1 Affidavit of Radhika Sainath, # 2 Exhibit – NY Certificate of Good Standing, # 3 Exhibit – CA Certificate of Good Standing, # 4 Proposed Order Granting Motion for Admission of Pro Hac Vice).(Sainath, Radhika) (Entered: 05/01/2025) |
| 05/01/2025 | 91 | MEMORANDUM OF LAW in Opposition re: 24 MOTION for Preliminary Injunction . . Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler..(Rovner, Allison) (Entered: 05/01/2025) |
| 05/01/2025 | 92 | DECLARATION of Jon Lorsch in Opposition re: 24 MOTION for Preliminary Injunction .. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Rovner, Allison) (Entered: 05/01/2025) |
| 05/01/2025 | 93 | DECLARATION of Josh Gruenbaum in Opposition re: 24 MOTION for Preliminary Injunction .. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler. (Attachments: # 1 Exhibit A).(Rovner, Allison) (Entered: 05/01/2025) |

| 05/01/2025 | 94 | DECLARATION of Allison M. Rovner in Opposition re: 24 MOTION for Preliminary Injunction .. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Rovner, Allison) (Entered: 05/01/2025) |
| --- | --- | --- |
| 05/02/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 90 MOTION for Radhika Sainath to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 05/02/2025) |
| 05/02/2025 | 95 | ORDER granting 90 Motion for Radhika Sainath to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 05/02/2025) |
| 05/02/2025 | 96 | LETTER MOTION for Leave to File Excess Pages addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated May 2, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/02/2025) |
| 05/02/2025 | 97 | ORDER granting 96 Letter Motion for Leave to File Excess Pages (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (Entered: 05/02/2025) |
| 05/08/2025 | 98 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION for Preliminary Injunction . . Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 99 | DECLARATION of Jonathan Rosenthal in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit 62, # 2 Exhibit 63, # 3 Exhibit 64, # 4 Exhibit 65, # 5 Exhibit 66, # 6 Exhibit 67, # 7 Exhibit 68, # 8 Exhibit 69, # 9 Exhibit 70, # 10 Exhibit 71, # 11 Exhibit 72, # 12 Exhibit 73, # 13 Exhibit 74, # 14 Exhibit 75, # 15 Exhibit 76, # 16 Exhibit 77, # 17 Exhibit 78, # 18 Exhibit 79, # 19 Exhibit 80).(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 100 | DECLARATION of Todd Wolfson (Supplemental) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 101 | DECLARATION of Julie Schmid (Supplemental) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 102 | DECLARATION of Reinhold Martin (Supplemental) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 103 | DECLARATION of Joshua Jacobs in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 104 | DECLARATION of Jamie Daw in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 105 | DECLARATION of Abigail Greenleaf in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 106 | LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated May 8, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: |

| | | 05/08/2025) |
|---|---|---|
| 05/08/2025 | 107 | ***SELECTED PARTIES***DECLARATION of Witness J in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 108 | ***SELECTED PARTIES***DECLARATION of Witness K in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 109 | ***SELECTED PARTIES***DECLARATION of Witness L in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 110 | ***SELECTED PARTIES***DECLARATION of Witness M in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 111 | ***SELECTED PARTIES***DECLARATION of Witness N in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 112 | ***SELECTED PARTIES***DECLARATION of Witness O in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 106 .(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/08/2025 | 113 | CERTIFICATE OF SERVICE. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/08/2025) |
| 05/13/2025 | 114 | LETTER MOTION for Extension of Time *for motion to dismiss briefing* addressed to Judge Mary Kay Vyskocil from AUSA Allison Rovner dated May 13, 2025. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler..(Rovner, Allison) (Entered: 05/13/2025) |
| 05/16/2025 | 115 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Richard Primus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31091953. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Richard Primus, # 2 Exhibit NY Certificate of Good Standing, # 3 Exhibit CT Certificate of Good Standing, # 4 Exhibit MI Certificate of Good Standing, # 5 Exhibit DC Certificate of Good Standing, # 6 Proposed Order Granting Motion for PHV).(Primus, Richard) Modified on 5/16/2025 (rju). (Entered: 05/16/2025) |
| 05/16/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 115 MOTION for Richard Primus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31091953. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Your affidavit must be labeled as such.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 05/16/2025) |
| 05/16/2025 | 116 | ORDER GRANTING MOTIONS TO FILE AMICU S BRIEFS granting 70 Letter Motion to File Amicus Brief; granting 72 Letter Motion to File Amicus Brief; granting |

| | | |
|---|---|---|
| | | 78 Letter Motion to File Amicus Brief; granting 82 Letter Motion to File Amicus Brief; granting 87 Letter Motion to File Amicus Brief The Court is in receipt of motions to submit amicus briefs and the proposed briefs of: the Foundation for Individual Rights and Expression [ECF No. 70]; the Center for Constitutional Governance, Kate Andrias, Jessica Bulman–Pozen, and Olatunde Johnson [ECF Nos. 72, 73, 74]; the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America [ECF Nos. 78, 79]; counsel to a group of law professors and First Amendment scholars [ECF No. 82]; and the Center for Constitutional Rights and Palestine Legal [ECF No. 87]. The motions are GRANTED. The Court will not accept further submissions from amici. The Clerk of Court respectfully is requested to terminate the motions pending at docket entries 70, 72, 78, 82, and 87. (Signed by Judge Mary Kay Vyskocil on 5/16/2025) (rro) (Entered: 05/16/2025) |
| 05/16/2025 | 117 | MOTION for Richard Primus to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Affidavit of Richard Primus, # 2 Exhibit NY Certificate of Good Standing, # 3 Exhibit CT Certificate of Good Standing, # 4 Exhibit MI Certificate of Good Standing, # 5 Exhibit DC Certificate of Good Standing, # 6 Proposed Order Granting Motion for Pro Hac Vice).(Primus, Richard) (Entered: 05/16/2025) |
| 05/16/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 117 MOTION for Richard Primus to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/16/2025) |
| 05/19/2025 | 118 | ORDER granting 117 Motion for Richard Primus to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 05/19/2025) |
| 05/20/2025 | 119 | ORDER granting 88 Motion for Sabiya Shelly Ahamed to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 05/20/2025) |
| 05/20/2025 | 120 | ORDER granting 89 Motion for Dylan Saba to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 05/20/2025) |
| 05/20/2025 | 121 | ORDER DENYING REQUESTS TO SEAL denying 33 Letter Motion to Seal; denying 44 Letter Motion to Seal; denying 58 Letter Motion to Seal; denying 61 Letter Motion to Seal; denying 106 Letter Motion to Seal. Accordingly, for the reasons set forth above, IT IS HEREBY ORDERED that the Dubal Declaration, Exhibit A, and the letters concerning the sealing of those documents shall be filed on the public docket by the close of business on May 23, 2025. IT IS FURTHER ORDERED that, by the close of business on May 23, 2025, Plaintiffs shall either withdraw the declarations at ECF Nos. 34–43 and 107–112, or file those declarations on the public docket. The Clerk of Court respectfully is requested to terminate the motions pending at docket entries 33, 44, 58, 61, and 106. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 5/20/2025) (mml) (Entered: 05/21/2025) |
| 05/23/2025 | 122 | NOTICE of Supplemental Authority re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F).(Danjuma, Rodkangyil) (Entered: 05/23/2025) |
| 05/23/2025 | 123 | NOTICE of FILING NEWLY AVAILABLE EVIDENCE re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 124 | DECLARATION of Matthew Murray in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A).(Murray, Matthew) (Entered: 05/23/2025) |

| | | |
|---|---|---|
| 05/23/2025 | 125 | NOTICE of FILING AND WITHDRAWAL OF DOCUMENTS IN RESPONSE TO COURTS ORDER DENYING REQUESTS TO SEAL re: 121 Order on Motion to Seal,,,,,,,,,,,,,,,,,,. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 126 | DECLARATION of Veena Dubal in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Exhibit A).(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 127 | REPLY MEMORANDUM OF LAW in Support re: 44 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 3, 2025. *Unsealed Version of ECF 62*. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 128 | DECLARATION of Ezra Susser (Witness B) (Unsealed Version of ECF 35) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 129 | DECLARATION of Joseph Slaughter (Witness C) (Unsealed Version of ECF 36) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 130 | DECLARATION of Joel Swanson (Witness D) (Unsealed Version of ECF 37) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 131 | DECLARATION of Andrew Geneslaw (Witness K) (Unsealed Version of ECF 108) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 132 | DECLARATION of Alex de Sherbinin (Witness L) (Unsealed Version of ECF 109) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 133 | DECLARATION of Mary Beth Terry (Witness M) (Unsealed Version of ECF 110) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 134 | DECLARATION of Steven Chillrud (Witness N) (Unsealed Version of ECF 111) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 135 | LETTER RESPONSE in Opposition to Motion addressed to Judge Mary Kay Vyskocil from Joseph L. Sorkin dated April 8, 2025 re: 44 LETTER MOTION to Seal addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated April 3, 2025. . Document filed by Counsel for The Trustees of Columbia University in the City of New York. (Attachments: # 1 Exhibit Declaration).(Sorkin, Joseph) (Entered: 05/23/2025) |
| 05/23/2025 | 136 | DECLARATION of Teresa Janevic (Witness O) (Unsealed Version of ECF 112) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 137 | DECLARATION of Joseph Slaughter (Witness C) (Supplemental Declaration) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |

| | | |
|---|---|---|
| 05/23/2025 | 138 | DECLARATION of Andrew Geneslaw (Witness K) (Supplemental Declaration) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 139 | DECLARATION of Melanie Wall (Witness A) (Amended Declaration Replacing ECF 34) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 140 | DECLARATION of Safia Southey (Witness E) (Amended Declaration Replacing ECF 39) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 141 | DECLARATION of Anne Li (Witness I) (Amended Declaration Replacing ECF 43) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Association of University Professors, American Federation of Teachers..(Murray, Matthew) (Entered: 05/23/2025) |
| 05/23/2025 | 142 | LETTER addressed to Judge Mary Kay Vyskocil from AUSA Jeffrey Oestericher dated 05/23/2025 re: Providing Corrected/Amended Lorsch Declaration. Document filed by Pamela Bondi, Stephen Ehikian, Josh Gruenbaum, Robert F. Kennedy, Jr, Sean R. Keveney, Linda McMahon, Matthew J. Memoli, National Institutes of Health, Leo Terrell, United States Department of Education, United States Department of Health And Human Services, United States Department of Justice, United States General Services Administration, Thomas E. Wheeler. (Attachments: # 1 Affidavit Amended Lorsch Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F).(Oestericher, Jeffrey) (Entered: 05/23/2025) |
| 05/27/2025 | 143 | ORDER granting 114 Letter Motion for Extension of Time. Granted. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 5/27/2025) (tg) (Entered: 05/27/2025) |
| 05/29/2025 | 144 | LETTER MOTION to Seal *Amended Witness J Declaration* addressed to Judge Mary Kay Vyskocil from Orion Danjuma dated May 29, 2025. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/29/2025) |
| 05/29/2025 | 145 | ***SELECTED PARTIES***DECLARATION of Witness J (Amended) in Support re: 24 MOTION for Preliminary Injunction .. Document filed by American Federation of Teachers, American Association of University Professors. Motion or Order to File Under Seal: 144 .(Danjuma, Rodkangyil) (Entered: 05/29/2025) |
| 05/29/2025 | 146 | CERTIFICATE OF SERVICE. Document filed by American Association of University Professors, American Federation of Teachers..(Danjuma, Rodkangyil) (Entered: 05/29/2025) |
| 06/12/2025 | 147 | PROPOSED PROTECTIVE ORDER. Document filed by American Association of University Professors, American Federation of Teachers. (Attachments: # 1 Proposed Order ).(Danjuma, Rodkangyil) (Entered: 06/12/2025) |
| 06/16/2025 | 148 | OPINION AND ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND DISMISSING FOR LACK OF STANDING re: 24 MOTION for Preliminary Injunction . filed by American Federation of Teachers, American Association of University Professors. For the reasons set forth above, Plaintiffs' motion for a preliminary injunction [ECF No. 24] is DENIED, and this case is DISMISSED without prejudice. The Clerk of Court respectfully is requested to terminate the motion pending at docket entry 24 and to close this case. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 6/16/2025) (tg) (Entered: 06/16/2025) |
| 06/16/2025 | 149 | NOTICE OF APPEAL from 148 Memorandum & Opinion,,. Document filed by American Association of University Professors, American Federation of Teachers. Filing fee $ 605.00. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Danjuma, Rodkangyil) (Entered: 06/16/2025) |
| 06/17/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 149 Notice of Appeal,..(nd) (Entered: 06/17/2025) |

| 06/17/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for <u>149</u> Notice of Appeal, filed by American Federation of Teachers, American Association of University Professors were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/17/2025) |