**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-1529

**Caption [use short title]**

**Motion for:** Modification of Briefing Schedule

AAUP et al. v. U.S. DOJ et al.

**Set forth below precise, complete statement of relief sought:**

The parties respectfully request that the Court modify the briefing schedule in light of changed factual circumstances affecting the issues on appeal

**MOVING PARTY:** All
**OPPOSING PARTY:** N/A

☐ Plaintiff   ☐ Defendant
■ Appellant/Petitioner   ■ Appellee/Respondent

**MOVING ATTORNEY:** R. Orion Danjuma, Allison Rovner
**OPPOSING ATTORNEY:** N/A

[name of attorney, with firm, address, phone number and e-mail]

Orion Danjuma, Protect Democracy Project
82 Nassau Street, #601 New York, NY 10038
Tel: 202-579-4582 Email: orion.danjuma@protectdemocracy.org

Allison Rovner, United States Attorney's Office, S.D.N.Y.
86 Chambers Street New York, NY 10007
Tel: 212-637-2691 Email: allison.rovner@usdoj.gov

**Court- Judge/ Agency appealed from:** Southern District of New York - Hon. Mary Kay Vyskocil

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
■ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
■ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ✔ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ■ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☐ Yes   ■ No  If yes, enter date:

**Signature of Moving Attorney:**
Rodkangyil Orion Danjuma (Digitally signed by Rodkangyil Orion Danjuma, Date: 2025.07.30 12:06:46 -04'00')   **Date:** 07/30/2025   **Service:** ■ Electronic   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 10-23)

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS, <br><br> and <br><br> AMERICAN FEDERATION OF TEACHERS, <br><br>    Plaintiffs-Appellants, <br><br>    v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, et al., <br><br>    Defendants-Appellees. | Case No. 25-1529 <br><br> **JOINT MOTION TO MODIFY BRIEFING SCHEDULE** |

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

The parties in the above-captioned matter respectfully move this Court to modify the briefing schedule for good cause under Federal Rule of Appellate Procedure 26(b) and Local Rule 31.2(c). Recent factual developments will impact the issues presented on appeal and now warrant a modified schedule. The parties propose the following new deadlines:

  Appellants' opening brief: September 22, 2025

  Appellees' response brief: December 12, 2025

  Appellants' reply brief: January 15, 2026

In support of this motion, the parties state the following:

1. On June 16, 2025, Plaintiffs-appellants filed a notice of civil appeal in the above-captioned case from the order entered on the same date, denying Plaintiffs-appellants' motion for preliminary injunction and dismissing the case for lack of standing.

2. On July 9, 2025, the Court issued a notice of expedited appeal pursuant to Local Rule 31.2(b). Plaintiffs-appellants' opening brief currently is due August 13, 2025. Defendants-appellees' response brief is due September 17, 2025. Plaintiffs-appellants' reply brief is due October 1, 2025.

3. On July 23, 2025, Columbia University announced an agreement with Defendants-appellees.[1] Under this agreement, Defendants-appellees have stated they intend to reinstate many grant terminations contested in this case.

4. Under Local Rule 31.2(b)(2) "any party, for good cause shown, may move to remove the case from the [Expedited Appeals Calendar]." Columbia University's agreement with Defendants-appellees presents a change in circumstances that will likely alter certain issues presented in this appeal.

---

[1] Our Resolution with the Federal Government, Columbia Office of the President (last accessed Jul. 29, 2025), https://president.columbia.edu/content/our-resolution-federal-government; Resolution Agreement Between the United States of America and Columbia University, (Jul. 23, 2025), https://president.columbia.edu/sites/default/files/content/July%202025%20Announcement/Columbia%20University%20Resolution%20Agreement.pdf.

Additional time is required to allow the parties to adjust their briefing accordingly. The proposed modified briefing schedule will permit the parties to do so.

5. The proposed modified briefing schedule also takes into account upcoming holidays. All parties agree to the proposed schedule.

For the foregoing reasons, the parties respectfully request that the Court grant this motion and issue the modified briefing schedule above.

Dated: July 30, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　S/ Orion Danjuma
　　　　　　　　　　　　　　　　　　Orion Danjuma
　　　　　　　　　　　　　　　　　　Rachel Goodman
　　　　　　　　　　　　　　　　　　Protect Democracy Project
　　　　　　　　　　　　　　　　　　82 Nassau Street, #601
　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　Tel: (202) 579-4582
　　　　　　　　　　　　　　　　　　Fax: (202) 769-3176
　　　　　　　　　　　　　　　　　　orion.danjuma@protectdemocracy.org
　　　　　　　　　　　　　　　　　　rachel.goodman@protectdemocracy.org

Eve H. Cervantez
Matthew J. Murray
Connie K. Chan
Juhyung Harold Lee
Jonathan Rosenthal
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
Fax (415) 362-8064
ecervantez@altber.com
mmurray@altber.com
cchan@altber.com
hlee@altber.com
jrosenthal@altber.com
*Counsel for Plaintiffs-Appellants*

JAY CLAYTON
United States Attorney for the
Southern District of New York

/s/ Allison Rovner
Allison Rovner
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Telephone: (212) 637-2691
Email: allison.rovner@usdoj.gov
*Counsel for Defendants-Appellees*

**Certificate of Compliance**

Pursuant to Federal Rule of Appellate Procedure 32(g), the above-named counsel hereby certifies that this memorandum complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare it, this memorandum contains 329 words.