# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand twenty-five.

Before:     William J. Nardini,
               *Circuit Judge.*

_____

| | |
|---|---|
| American Association of University Professors, American Federation of Teachers, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 25-1529 |
| v. | |
| United States Department of Justice, et al. | |
| Defendants - Appellees. | |

_____

     The parties jointly request that the Court modify the briefing schedule. The parties propose the following new deadlines: Appellants' opening brief due September 22, 2025; Appellees' response brief due December 12, 2025; Appellants' reply brief due January 15, 2026.

     IT IS HEREBY ORDERED that the motion is GRANTED. The proposed schedule is SO ORDERED.

                                            For the Court:
                                            Catherine O'Hagan Wolfe,
                                            Clerk of Court

