**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s):** 25-1529

Caption [use short title]

**Motion for:** Taking Oral Argument Off Calendar

AAUP et al. v. U.S. DOJ et al.

Set forth below precise, complete statement of relief sought:

The parties jointly and respectfully request that

the Court take off calendar the May 27, 2026

argument in this matter.

**MOVING PARTY:** All                                    **OPPOSING PARTY:**

☐ Plaintiff          ☐ Defendant

☑ Appellant/Petitioner    ☑ Appellee/Respondent

**MOVING ATTORNEY:** Matthew Murray, Allison Rovner     **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

Altshuler Berzon LLP                                United States Attorney's Office, S.D.N.Y.

177 Post Street, Suite 300                          86 Chambers Street

San Francisco, CA 94108                            New York, NY 10007

**Court- Judge/ Agency appealed from:** Southern District of New York - Hon. Mary Kay Vyskocil

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?        ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☑ Yes  ☐ No  If yes, enter date: May 27, 2026

**Signature of Moving Attorney:**

/s/ Matthew Murray          **Date:** April 23, 2026      Service : ☑ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

AMERICAN ASSOCIATION OF
UNIVERSITY PROFESSORS,

 and

AMERICAN FEDERATION OF
TEACHERS,

                    Plaintiffs-Appellants,

          v.

UNITED STATES DEPARTMENT OF
JUSTICE, et al.,

                    Defendants-Appellees.

Case No. 25-1529

**JOINT MOTION TO
TAKE MAY 27, 2026
ORAL ARGUMENT OFF
CALENDAR**

## JOINT MOTION TO TAKE MAY 27, 2026 ORAL ARGUMENT OFF CALENDAR

Pursuant to Federal Rule of Appellate Procedure 34(a)(2) and (b), as well as Local Rule 34.1(b) and (e), the parties in the above-captioned action hereby jointly and respectfully move this Court to remove from the calendar the oral argument in this matter currently set for May 27, 2026. *See* Dkt. 107.

On March 12, 2026, the parties filed a (1) stipulation to dismiss the appeal, pursuant to Federal Rule of Appellate Procedure 42(b)(1), and (2) joint motion to vacate the district court decision as moot. *See* Dkt. 105. Among other things, the parties stated that "[p]ursuant to Federal Rule of Appellate Procedure 42(b)(1), the

parties … stipulate to dismissal of the appeal with prejudice, with no costs or attorney's fees awarded to any party," Dkt. 105.2. at 1, and that such stipulation was entered into "[r]egardless of whether this Court grants or denies the parties' joint motion to vacate the district court's decision and to remand the action for dismissal based on mootness," *id.* at 4.

In light of the parties' stipulation to mandatory dismissal of the appeal pursuant to FRAP 42(b)(1), which provides that "[t]he circuit clerk must dismiss a docketed appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any court fees that are due," Fed. R. App. Proc. 42(b)(1), the parties respectfully submit that oral argument on the merits of the appeal is no longer necessary.

For the foregoing reasons, the parties jointly and respectfully request that the Court remove from the calendar the May 27, 2026 oral argument in this matter.


Dated: April 23 , 2026          Respectfully submitted,

                                By:    /s/ *Matthew J. Murray*

                                Matthew J. Murray
                                Eve H. Cervantez
                                Connie K. Chan
                                Juhyung Harold Lee
                                Jonathan Rosenthal
                                ALTSHULER BERZON LLP
                                177 Post Street, Suite 300
                                San Francisco, CA 94108

2

Tel: (415) 421-7151
Fax (415) 362-8064
mmurray@altber.com
ecervantez@altber.com
cchan@altber.com
hlee@altber.com
jrosenthal@altber.com

Rachel Goodman
Orion Danjuma
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
Fax: (202) 769-3176
rachel.goodman@protectdemocracy.org
orion.danjuma@protectdemocracy.org

Katie Schwartzmann
Protect Democracy Project
201 St. Charles Avenue, Ste. 114
New Orleans, LA 70170
Tel: (202) 579-4582
Fax: (202) 769-3176
katie.schwartzmann@protectdemocracy.org

Richard Primus
The University of Michigan Law School
(institutional affiliation provided for
identification purposes only; not
representing the University)
625 South State Street
Ann Arbor, MI 48109
Tel: (734) 647-5543
Fax: (734) 764-8309
PrimusLaw1859@gmail.com

***Counsel for Plaintiffs-Appellants***

3

JAY CLAYTON
United States Attorney for the
Southern District of New York

*/s/ Allison M. Rovner*
Allison M. Rovner
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007
Telephone: (212) 637-2691
Email: allison.rovner@usdoj.gov

**Counsel for Defendants-Appellees**

4

**Certificate of Compliance**

Pursuant to Federal Rule of Appellate Procedure 32(g), the above-named counsel hereby certifies that this memorandum complies with the type-volume limitation of the Federal Rules of Appellate Procedure. As measured by the word processing system used to prepare it, this memorandum contains 264 words.